**Order entered August 20, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00849-CR
### No. 05-15-00850-CR

**SHAQUANDALOND SHAVONN HAWKINS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-11897-T, F12-62917-T**

## ORDER

The Court **GRANTS** court reporter Mary Snider's motion for extension of time to file the reporter's record.

We **ORDER** Ms. Snider to file the reporter's record within **THIRTY (30) DAYS** from the date of this order.

/s/    ADA BROWN
       JUSTICE